THE STATE EX REL. SOMERVILLE, APPELLANT, *v.* CONRAD, ADMR., ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Somerville v. Conrad* (1999), 87 Ohio St.3d 46.]

(No. 99–154—Submitted August 25, 1999—Decided October 13, 1999.)

---

*Urban Co., L.P.A.,* and *Anthony P. Christine,* for appellant.

.

*Betty D. Montgomery,* Attorney General, and *Steve P. Dlott,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.